IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN KENNETH MILLER,                    :
    Plaintiff,                           :
                                         :
    v.                                   :          CIVIL ACTION NO. 26-CV-1549
                                         :
CITY OF PHILADELPHIA,                    :
    Defendant.                           :

## ORDER

AND NOW, this 10th day of April, 2026, upon consideration of Brian Kenneth Miller's

Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement

(ECF No. 3), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    Brian Kenneth Miller, #QR-2518, shall pay the full filing fee of $350 in

installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court

directs the Superintendent of SCI Somerset or other appropriate official to assess an initial filing

fee of 20% of the greater of (a) the average monthly deposits to Miller's inmate account; or

(b) the average monthly balance in Miller's inmate account for the six-month period immediately

preceding the filing of this case.  The Superintendent or other appropriate official shall calculate,

collect, and forward the initial payment assessed pursuant to this Order to the Court with a

reference to the docket number for this case.  In each succeeding month when the amount in

Miller's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate

official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Miller's inmate account until the fees are paid.  Each payment shall refer to

the docket number for this case.

3.     The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Somerset.

4.     The Complaint is **DEEMED** filed.

5.     Miller's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

6.     The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**


/**s**/ *John Milton Younge*
**JOHN MILTON YOUNGE, J.**